OTTO JACKER, Respondent, v. HANS PETSCHEK et al., Individually and as Copartners Doing Business under the Name of PETSCHEK & Co., Prague, Czechoslovakia, Appellants.—Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE E. TRIBBLE et al., Respondents, v. BAUER, POGUE & Co., INC., Appellant, et al., Defendants.—Order reversed, with twenty dollars costs and disbursements, and the motion to vacate the service of the summons on defendant Bauer, Pogue & Co., Inc., and to dismiss the action as to said defendant granted. (*Matter of National Surety Co.* [*Laughlin*], 283 N. Y. 68, certiorari denied 311 U. S. 707; *Matter of Lehrich* v. *Sixth Ave. Bancorporation, Inc.*, 251 App. Div. 391.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Glennon, JJ., dissent and vote to affirm. [181 Misc. 741.] [See *post*, p. 1027.]

## SECOND DEPARTMENT, NOVEMBER, 1944.

### (November 1, 1944.)

In the Matter of the Application of EDMUND O. BELSHEIM for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of WILLIAM E. BENNETT, JR., for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of ELIZABETH F. DUGGAN for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of WALTER D. FREYBURGER for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of ALBERT GREEN for Admission to Practice as an Attorney. (From the State of Kentucky.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of BERNARD J. LONG for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE CELAMBRINO, Relator, v. WARDEN OF THE CITY PRISON, 653 RIVER AVENUE, BRONX, NEW YORK, Respondent.— Return on writ of habeas corpus. Bail reduced to $5,000, writ dismissed and relator remanded to custody. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.